UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-11-11
```

BENJAMIN GAMORAN, derivatively on behalf of the nominal defendant with respect to its series mutual fund, the Neuberger Berman International Fund,

        Plaintiff,

v.

NEUBERGER BERMAN MANAGEMENT, LLC, NEUBERGER BERMAN, LLC, *et al.*,

        Defendants,

and

NEUBERGER BERMAN EQUITY FUNDS d/b/a NEUBERGER BERMAN INTERNATIONAL FUND,

        Nominal Defendant.

10 Civ. 6234 (LBS)

**ORDER**

SAND, J.

      For the reasons stated by this Court at oral argument on April 14, 2011, citing *In re Sapient Corp. Derivative Litig*, 555 F. Supp. 2d 259 (D. Mass 2008), this case is hereby dismissed without prejudice. *See* Transcript of Oral Argument, Apr. 14, 2011, at 3:8–23.

SO ORDERED.

Dated: May 11, 2011
      New York, NY

                                      _/s/ Leonard B. Sand_
                                              U.S.D.J.